# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEROY "TONY" AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:11-cv-02312-JEC |
| JUSTIN'S RESTAURANT, INC. | ) |
| | ) |
| Defendant. | ) |

## DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, through his undersigned counsel of record, and dismisses, with prejudice, the above-styled action.

This 13th day of June, 2013.

                                                    Respectfully submitted,

                                                    **LAW & MORAN**

                                                    /s/ Edward A. Piasta
                                                    Edward A. Piasta
                                                    Georgia Bar No. 110161
                                                    Attorney for Plaintiff

**LAW & MORAN**
563 Spring Street, N.W.
Atlanta, Georgia 30308
(404) 814-3700
ed@lawmoran.com

## **CERTIFICATION**

Counsel certifies that Plaintiff's notice has been prepared with one of the font and point selections approved by the Court in LR 5.1B, specifically 14-point, Times New Roman font.

/s/ Edward A. Piasta
Edward A. Piasta
Georgia Bar No. 110161
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LEROY "TONY" AUSTIN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO. 1:11-cv-02312-JEC |
| JUSTIN'S RESTAURANT, INC. | ) |
| | ) |
| Defendant. | ) |

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing *Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorney of record:

**Maren R. Cave**
Swift, Currie, McGhee, & Hiers LLP
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309

This 13th day of June, 2013.

[Signature on Following Page]

                    **LAW & MORAN**

                    /s/ Edward A. Piasta
                    Edward A. Piasta
                    Georgia Bar No. 110161
                    Attorney for Plaintiff

**LAW & MORAN**
563 Spring Street, N.W.
Atlanta, Georgia 30308
(404) 814-3700
(404) 842-7710 [Facsimile]
Ed@LawMoran.com

## CERTIFICATION

Counsel certifies that Plaintiff's Certificate of Service has been prepared with one of the font and point selections approved by the Court in LR 5.1B, specifically 14-point, Times New Roman font.

                    /s/ Edward A. Piasta
                    Edward A. Piasta
                    Georgia Bar No. 110161
                    Attorney for Plaintiff